N THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION
AT JOPLIN

DARRELL McCLANAHAN,
Plaintiff

-Vs-

Case no.# 3:23-CV-05076-JAM

ANTI-DEFAMATION LEAGUE, et al.,
Defendants.

## PLAINTIFF'S NOTICE OF DE NOVO DETERMINATION TO DISTRICT COURT UNDER F.R.CV.P. RULE 28

COMES NOW, Plaintiff Darrell McClanahan, Pro Se, pursuant to F.R.Cv.P. Rule 28 and herein provides notice under said Rule 28, of the U.S. Magistrate's Report & Recommendation, on December 15, 2023, in the above styled cause, to the United States District Court at the United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, MO 65806 and has timely filed Plaintiff's Exceptions to said United States Magistrate's Report & Recommendation.

Respectfully submitted,

Darrell McClanahan, Plaintiff
24346 South 2425 Road
Milo, Mo. 64767
Email: Amlove555@gmail.com
(417) 388-9595

1

CERTIFICATE OF SERVICE

I, Darrell McClanahan, Plaintiff, do herein certify that I have placed a true and correct copy of the above and foregoing in the U.S. Mail, postage prepaid, this___Day f January 2024, to: Counsel of Record for ADL and named Defendants.


Plaintiff,

Darrell McClanahan, Pro Se Plaintiff
24346 South 2425 Road
Milo, Mo. 64767
Email: Amlove555@gmail.com
(417) 388-9595